## SALGADO v. JOYNER MANAGEMENT SERVICES

No. 438P97

Case below: 127 N.C.App. 209

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997.

## SEELY v. BORUM & ASSOC., INC.

No. 428P97

Case below: 127 N.C.App. 193

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997.

## SHERROD v. NASH GENERAL HOSPITAL, INC.

No. 387A97

Case below: 126 N.C.App. 755

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 29 October 1997.

## SLATTON v. METRO AIR CONDITIONING

No. 448P97

Case below: 127 N.C.App. 209

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997.